UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81245-MIDDLEBROOKS

DANIEL LUGO,

        Plaintiff,

v.

CCO OCEAN CAPITAL, LLC

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Ena T. Diaz |
| DREW M. LEVITT | ENA T. DIAZ |
| Florida Bar No. 782246 | Florida Bar No. 0090999 |
| drewmlevitt@gmail.com | ediaz@fordharrison.com |
| Lee D. Sarkin | FORD HARRISON, LLP |
| Florida Bar No. 962848 | One S.E. 3d Avenue, Suite 2130 |
| lsarkin@aol.com | Miami, Florida 33131 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 808-2113 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |